# EXHIBIT 4

**Billing Activity for *Williams v G4S Secure Solutions (USA) Inc.***

|  | **Davis George Mook LLC** | | **Strianese Huckert LLP** | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Timekeeper | Tracey George | | Tamara Huckert | | Chris Strianese | | Sarah Wright | |
| Hourly Rates | $575.00 | | $400.00 | | $400.00 | | $225.00 | |
|  | Hours | Total | Hours | Total | Hours | Total | Hours | Total |
| Case Management | 2.6 | $1,495.00 | 3.9 | $1,560.00 |  | $0.00 |  | $0.00 |
| Client Meetings/Calls | 1.5 | $862.50 | 21.6 | $8,640.00 | 8.0 | $3,200.00 |  | $0.00 |
| Correspondence | 16.5 | $9,487.50 | 4 | $1,600.00 |  | $0.00 |  | $0.00 |
| Damages Calculation | 8.4 | $4,830.00 | 0.6 | $240.00 |  | $0.00 |  | $0.00 |
| Document/Pay Records Review | 5.6 | $3,220.00 | 10.7 | $4,280.00 |  | $0.00 | 1.0 | $225.00 |
| Pleadings | 15.5 | $8,912.50 | 11.9 | $4,760.00 |  | $0.00 |  | $0.00 |
| Motion Drafting | 42.8 | $24,610.00 | 13.3 | $5,320.00 |  | $0.00 |  | $0.00 |
| Hearings & Prep | 0 | 0 |  | $0.00 |  | $0.00 |  | $0.00 |
| Mediation & Prep | 16.7 | $9,602.50 | 8 | $3,200.00 | 8.0 | $3,200.00 | 17.8 | $4,005.00 |
| Notice Administration | 36.1 | $20,757.50 |  | $0.00 |  | $0.00 |  | $0.00 |
| Research | 7.2 | $4,140.00 | 1.5 | $600.00 |  | $0.00 |  | $0.00 |
| Total Hours / Fees | 152.9 | $87,917.50 | 75.5 | $30,200.00 | 16.00 | $6,400.00 | 18.8 | $4,230.00 |
| **Total Lodestar Fees** |  |  |  |  |  |  |  | **$128,747.50** |
| **Requested Fees** |  |  |  |  |  |  |  | **$23,145.00** |
| **Amount of Reduction** |  |  |  |  |  |  |  | **$105,602.50** |
| **Percent Fee Reduced** |  |  |  |  |  |  |  | **82%** |