IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALEXANDRIA WILLIAMS,                )
on behalf of herself and            )
all others similarly situated,      )
                                    )
            Plaintiffs,              )
                                    )
    v.                              )       1:17CV51
                                    )
G4S SECURE SOLUTIONS (USA)          )
INC.,                               )
                                    )
            Defendant.              )

**ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE**

After having fully and carefully reviewed Plaintiff's Unopposed Motion to Approve FLSA Settlement Agreement, including Award of Attorneys' Fees and Costs, (Doc. 60),

**IT IS HEREBY ORDERED** that:

1. The parties' Settlement Agreement, (Doc. 60-1), is **APPROVED** as a fair, equitable, and reasonable resolution of a bona fide dispute in this contested litigation.

2. The formula for calculating Plaintiff's and each Opt-in Plaintiff's settlement payments set forth in the Settlement Agreement is **APPROVED** as a fair, equitable, and reasonable measure for calculating the settlement payments.

3. Plaintiffs who elect to participate in this Settlement by cashing their settlement checks, (collectively, the "Releasing Parties"), shall be deemed to have irrevocably and unconditionally released and discharged their Released Claims (as that term is defined in the Settlement Agreement) as against any and all Released Parties (as that term is defined in the Settlement Agreement), as more fully set forth in the Settlement Agreement.

4. Plaintiffs' request for attorneys' fees, expenses, and costs set forth in the motion, are **APPROVED**; and payments shall be made in accordance with and subject to the terms of the Settlement Agreement.

Accordingly, this court hereby **APPROVES** the terms of the Settlement Agreement. This case is **DISMISSED WITH PREJUDICE**, with all costs borne in accordance with the Settlement, and the court retaining continuing jurisdiction with respect to the implementation and enforcement of the Settlement.

This the 23rd day of May, 2019.

_____
United States District Judge